UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| BRENDA WALLS,<br><br>               Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a foreign corporation; and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No. 4:17-cv-02199-HSG<br><br>[Assigned to the Hon. Haywood S. Gilliam, Jr.]<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a confidential settlement agreement that has been executed by the parties, the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action against defendant Wells Fargo is dismissed *with prejudice*;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: _____ June 2, 2017

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE